```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                   FORT PIERCE DIVISION
              CASE NO. 10-14071-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

ROBERTO GUTIERREZ,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

    **THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

    **THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on September 17, 2010. A Report and Recommendation filed on September 27, 2010 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

    **ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Indictment.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of October, 2010.

                                           _____
                                           DONALD L. GRAHAM
                                           UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Robert Waters, AUSA
        Randee J. Golder, Esq.
```