UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-14071-CR-GRAHAM

UNITED STATES OF AMERICA,

vs.

ROBERTO GUTIERREZ,

Defendant.
_____/

### ORDER

**THIS CAUSE** came before the Court originally on Defendant's *pro se* Motion for an Emergency Injunction Ordering the Warden to Recalculate Good Time or, alternatively, to Modify His Sentence. [D.E. 114, 117]. The matter is now before the Court on the Magistrate Judge's Report and Recommendation. [D.E. 121].

**THIS MATTER** was matter was referred to the Honorable United States Magistrate Judge Chris McAliley. [D.E. 118]. Magistrate Judge McAliley issued a report recommending that Defendant's motion be denied. [D.E. 121]. Movant filed timely objections to the Magistrate Judge's report. [D.E. 117]. However, the Court finds Defendant's objections without merit.

**THE COURT** has conducted a de novo review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge

McAliley's Report is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. [D.E. 121]. It is further

**ORDERED AND ADJUDGED** that Defendant's *pro se* Motion for an Emergency Injunction Ordering the Warden to Recalculate Good Time or, alternatively, to Modify His Sentence. [D.E. 114, 117] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that no certificate of appealability shall issue in this matter.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of September, 2020.

>                                 s/Donald L. Graham
>                                 DONALD L. GRAHAM
>                                 UNITED STATES DISTRICT JUDGE

cc: All counsel of record
    Roberto Gutierrez, *pro se*